IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| **C&M OILFIELD RENTALS, LLC,** | § | |
| *Plaintiff/Counter-Defendant*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **LOCATION ILLUMINATOR** | § | |
| **TECHNOLOGIES, LLC,** | § | **PE:18-CV-39-DC** |
| *Defendant/Third-Party Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **ENVIRONMENTAL SALES & SERVICE,** | § | |
| **INC., BABY DOE RESOURCES, INC., and** | § | |
| **ROLAND SHORTY SHELTON,** | § | |
| *Third-Party Defendants.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THE COURT is United States Magistrate Judge David B. Fannin's Report and Recommendation (R&R) filed in the above-captioned cause on December 13, 2019, in connection with the Motion to Dismiss Defendant/Third-Party Plaintiff Location Illuminator Technologies LLC's Fraud Claim (Motion to Dismiss) filed by Plaintiff/Counter-Defendant C&M Oilfield Rentals, LLC (C&M). (Docs. 72, 91). After due consideration, the Court **ADOPTS** the Magistrate Judge's R&R in its entirety (Doc. 91) and **DENIES** C&M's Motion to Dismiss (Doc. 72).

### I. BACKGROUND

C&M originally filed this action in the 143d District Court of Loving County, Texas on July 25, 2018. (Doc. 1-1). Defendant/Third-Party Plaintiff Location Illuminator Technologies, LLC (LIT) removed this matter to federal court on September 5, 2019. (Doc. 1). On October 3, 2019, LIT filed a Motion for Leave to file its Third Amended Answer, First Amended

Counterclaim, and First Amended Third-Party Complaint. (Doc. 64). The Court granted the Motion for Leave. *See* Text Order Entered on October 4, 2019. LIT refiled its First Amended Counterclaim in connection with its Fourth Amended Answer on October 23, 2019. (*See* Doc. 70). C&M filed a Motion to Dismiss LIT's fraud claim on the grounds it fails to comply with the heightened pleading requirements prescribed by Federal Rule of Civil Procedure 9(b). (*See generally* Doc. 72).

The Magistrate Judge issued his R&R on December 13, 2019. (Doc. 91). The Magistrate Judge concludes that LIT's fraud claim satisfies Rule 9(b)'s requirements. *See generally id.* Consequently, the Magistrate Judge recommends that the Court deny C&M's Motion to Dismiss. *Id.* at 4–5.

## II. DISCUSSION

As outlined in the Magistrate Judge's R&R, any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file written objections within fourteen days after being served with a copy of the findings and recommendations. *See* 28 U.S.C. § 636(b)(1). Failure to file written objections to the R&R within fourteen days after being served with a copy shall bar that party from de novo review by the district judge of the proposed findings and recommendations and, except upon grounds of plain error, shall bar the party from appellate review of proposed factual findings and legal conclusions accepted by the district judge to which no objections were filed. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 150–53 (1985); *Quinn v. Guerrero*, 863 F.3d 353, 357 (5th Cir. 2017).

To date, no party has filed objections to the Magistrate Judge's R&R in this case. The Court, after reviewing the Magistrate Judge's R&R for clear error, finds it to be neither clearly

erroneous nor contrary to law. *See* 28 U.S.C. § 636(b)(1). Accordingly, the Court accepts the

Magistrate Judge's findings and recommendations and adopts the R&R in its entirety.

### III. CONCLUSION

For the reasons stated above, the Court **ACCEPTS** the Magistrate Judge's findings and

recommendations and **ADOPTS** the R&R in its entirety. (Doc. 91).

Accordingly, the Court **ORDERS** that C&M's Motion to Dismiss be **DENIED**. (Doc.

72).

It is so **ORDERED**.

SIGNED this 6th day of January, 2020.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE

3